Ronald E. BROWN, Appellant,

v.

STATE of Missouri, Respondent.

WD 77878

Missouri Court of Appeals,
Western District.

Order filed: July 21, 2015

Casey A. Taylor, for Appellant.

Andrew C. Hooper, for Respondent.

Before Division Four: Alok Ahuja, Chief Judge, Joseph M. Ellis, Judge and Thomas H. Newton, Judge

### ORDER

PER CURIAM:

Appellant Ronald Brown appeals from the Circuit Court of Cole County's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**